## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

—————————————————————            )
                                 )
**BIRTER F. BLACKMON,**          )
                                 )
          **Plaintiff,**         )
                                 )
          **v.**                 )          **Civil Action No. 08-1415 (EGS)**
                                 )
**DONALD C. WINTER,**            )
**SECRETARY OF THE NAVY, et al.** )
                                 )
          **Defendants.**        )
—————————————————————            )

### DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants, through undersigned counsel, respectfully move the Court for an enlargement of time, up to and including October 24, 2008, within which to move, answer or otherwise respond to Plaintiff *pro se*'s Complaint.

The case was originally filed in the Superior Court of the District of Columbia, but was removed to the District Court on or about August 14, 2008. Federal Rule of Civil Procedure 81(c) requires a defendant to answer or present other defenses within twenty (20) days after receipt through service or otherwise of a copy of the initial pleading or within five (5) days after the filing of the petition for removal, whichever is longer.

The additional time is requested so that counsel can complete the coordination and discussions with the agency for the filing of Defendants' response to the Complaint. Such enlargement is consistent with the 60-day period that the United States is accorded to respond to complaints under Fed. R. Civ. P. 12(a)(3). Counsel for Defendants contacted Plaintiff *pro se* to ascertain her position on this motion. Plaintiff *pro se* does not consent to this motion.

However, Defendants seek this enlargement for good cause and not for the purpose of delay.
This is Defendants' first request for an enlargement of time.  A scheduling order has not been
entered in this case.

Wherefore, it is respectfully requested that Defendants have up to and including October
24, 2008 in which to move, answer or otherwise respond to Plaintiff *pro se*'s Complaint.


Respectfully submitted,


 /s/
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney


 /s/
RUDOLPH  CONTRERAS, D.C. Bar #434122
Assistant United States Attorney


 /s/
MARIAN L. BORUM, D.C. Bar#435409
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Washington, D.C.  20530
(202) 514-6531

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing Defendants' Motion for Enlargement

of Time and proposed Order was served, by First Class mail, postage prepaid to:

Birter F. Blackmon
430 11th Street, N.E.
Washington, D.C. 20002

on this 20th day of August, 2008.

/s/
MARIAN L. BORUM
Assistant United States Attorney

3

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BIRTER F. BLACKMON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-1415 (EGS) |
| | ) | |
| DONALD C. WINTER, | ) | |
| SECRETARY OF THE NAVY, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

UPON CONSIDERATION of Defendants' Motion for an Enlargement of Time, and for good cause shown, it is on this _____ day of _____, 2008,

ORDERED, that the said motion should be and hereby is GRANTED; and it is

FURTHER ORDERED that Defendants shall have up to and including October 24, 2008 to move, answer or otherwise respond to Plaintiff *pro se*'s Complaint.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Marian L. Borum
Assistant United States Attorney
555 4th Street, N.W., - Civil Division
Washington, D.C. 20530

Birter F. Blackmon
430 11th Street, N.E.
Washington, D.C. 20002